

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor Dalfio, an individual | Civil Action No. 21-cv-01136-DMS-JLB |
| **Plaintiff,** | |
| V. | |
| Orlansky-Wax, LLC, a California limited liability company;Los Alejandro's Taco Shop, a business of unknown form;Does 1-10 | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion to dismiss, and dismisses this case without prejudice. Case is closed.

Date:     12/3/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ D. Frank

D. Frank, Deputy